**MANDATE**

N.D.N.Y.
13-cv-923
Suddaby, C.J.

United States Court of Appeals
FOR THE
SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of June, two thousand nineteen.

Present:
> Pierre N. Leval,
> Rosemary S. Pooler,
> Barrington D. Parker,
> > *Circuit Judges*.

Margo Carris,

>*Plaintiff-Appellant*,

v.                                                                                                    18-2709

First Student, Inc.,

>*Defendant-Appellee*.

This Court has determined sua sponte that the notice of appeal was untimely filed. Upon due consideration, it is hereby ORDERED that the appeal is DISMISSED for lack of jurisdiction. *See* 28 U.S.C. § 2107; *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 07/19/2019